UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PARKS WOOD LLC, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-02743-MHS |

## J U D G M E N T

This action having come before the court, Honorable Marvin H. Shoob, Senior United States District Judge, for consideration of plaintiff's Notice of Acceptance of Defendants' Offer of Judgment, and pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, it is

**Ordered and Adjudged** that judgment is entered against defendants and in favor of plaintiff, in the amount of Nine Thousand Two Hundred Eight Dollars and Eighteen Cents ($9,208.18), as full and complete judgment on all claims brought by plaintiff against defendants in this action.

Dated at Atlanta, Georgia, this 14th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/Traci Clements Campbell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　October 14, 2015
James N. Hatten
Clerk of Court

By: s/Traci Clements Campbell
　　　Deputy Clerk